Roger Eugene CARPENTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44260.

Missouri Court of Appeals,
Western District.

June 4, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 1991.

Application to Transfer Denied
Sept. 10, 1991.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and ULRICH, JJ.

PER CURIAM:

### ORDER

Defendant appeals from the dismissal of a Rule 24.035 motion for post-conviction relief as untimely filed.

The judgment is affirmed.   Rule 84.16(b).